# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK THOMAS,

    Plaintiff,

v.

JOHN LAKIN,

    Defendant.

Case No. 16-cv-896-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 22) of Magistrate Judge Stephen C. Williams recommending that the Court grant the motion to dismiss filed by defendant Lakin (Doc. 19) and dismiss as moot plaintiff Frank Thomas's claim under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 52 U.S.C. § 2000cc-1(a), in light of his transfer away from the jail Lakin runs.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 22);
- **GRANTS** Lakin's motion to dismiss (Doc. 19);
- **DISMISSES without prejudice as moot** Thomas's claim for injunctive relief under

- RLUIPA; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: February 21, 2018**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**