UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK THOMAS,

        Plaintiff,

   v.                                          Case No. 16-cv-896-JPG-SCW

JOHN LAKIN,

        Defendant.

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: March 6, 2018**           **JUSTINE FLANAGAN, Acting Clerk of Court**

                                      **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**